**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7169**

---

UNITED STATES OF AMERICA,

   Plaintiff - Appellee,

  v.

JAMES MCGOWAN,

   Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, Chief District Judge.  (6:13-cr-00905-TMC-1)

---

Submitted:  February 20, 2025          Decided:  February 25, 2025

---

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

James McGowan, Appellant Pro Se.  Carrie Fisher Sherard, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James McGowan appeals the district court's orders denying his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction and denying his challenge to the calculation of his criminal history points at his original sentencing. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *United States v. McGowan*, No. 6:13-cr-00905-TMC-1 (D.S.C., Nov. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
